UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MATT S. GRAY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FRANK J. BISIGNANO,<br>　Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV-24-57-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED : The Commissioner's final decision denying Gray's claim for Title II disability benefits and Title XVI supplemental security income benefits is **AFFIRMED.** This case is **DISMISSED** with prejudice.

　　　Dated this 17th day of September, 2025

　　　　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　　　　　By:　/s/ M. Stewart
　　　　　　　　　　　　　　Deputy Clerk